ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
ASHLIE SURUR, ESQ.
Nevada Bar No. 11290
GORDON & REES LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: rlarsen@gordonrees.com
       asurur@gordonrees.com

*Attorneys for American First Credit Union*
*(f/k/a Community One Federal Credit Union)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN B. WARENSKI,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DISCOVERY BANK, AMERICA FIRST CREDIT UNION, BANK OF AMERICA, NATIONAL ASSOCIATION AND EQUIFAX INFORMATION SERVICES, LLC<br><br>　　　　　　　Defendants. | CASE NO.:   2:15-cv-02309-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR AMERICA FIRST CREDIT UNION TO RESPOND TO COMPLAINT [Doc. 1]**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Robin B. Warenski ("Plaintiff"), and Defendant America First Credit Union ("America First"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1.　　Plaintiff filed her Complaint [Doc. 1] on December 7, 2015.

2.　　America First was served with process on or about December 10, 2015.

3.　　America First recently retained counsel and a short extension is necessary to allow America First's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4.　　Furthermore, Plaintiff and America First are currently engaged in settlement

1  discussions on this case and wish to extend the deadline for America First to respond to the
2  Complaint until January 26, 2016.  This will allow the parties to continue settlement discussions
3  without incurring additional fees and expenses.  Plaintiff has no objection to the extension.
4       5.    Therefore, the parties agree that America First's response to the Complaint is now
5  due on or before **January 26, 2016**.

6  DATED:  January 14, 2016.                    DATED:  January 14, 2016.

7  GORDON & REES LLP                            HAINES & KRIEGER, LLC

9  /s/ Robert S. Larsen                         /s/ David H. Kreiger
   ROBERT S. LARSEN, ESQ.                       DAVID H. KRIEGER, ESQ.
   Nevada Bar No. 7785                          Nevada Bar No. 9086
10 ASHLIE SURUR, ESQ.                           8985 S. Eastern Ave., Suite 350
   Nevada Bar No. 11290                         Las Vegas, NV  89123
11 3770 Howard Hughes Parkway, Suite 100
   Las Vegas, Nevada  89169                     *Attorneys for Plaintiff Robin B. Warenski*

13 *Attorneys for American First Credit Union*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  January 15, 2016

-2-