Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone:  702.471.7000
Facsimile:  702.471.7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
Discover Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN B. WARENSKI, | CASE NO. 2:15-cv-02309-APG-CWH |
| Plaintiff, | |
| v. | |
| DISCOVER BANK; AMERICA FIRST CREDIT UNION; BANK OF AMERICA, NATIONAL ASSOCIATION and EQUIFAX INFORMATION SERVICES, LLC, | **STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Third Request) |
| Defendants. | |

Defendant Discover Bank's ("Discover") response to the complaint currently is due February 19, 2016.  Plaintiff and Discover stipulate and agree that Discover has up to and including March 21, 2016 to respond to plaintiff's complaint, to provide time for the parties to discuss early resolution of the claims asserted against Discover in light of the parties' investigation of plaintiff's claims.

[Continued on following page.]

DMWEST #13868878 v2

1   This request is made in good faith and not for purpose of delay. Dated:
2   February 18, 2016

3   BALLARD SPAHR LLP                              HAINES & KRIEGER.

5   By: */s/ Lindsay Demaree*                      By: */s/ David Krieger*
    Abran E. Vigil                                 David H. Krieger
    Nevada Bar No. 7548                            Nevada Bar No. 9086
6   Lindsay Demaree                                8985 S. Eastern Avenue, Suite 130
    Nevada Bar No. 11949                           Henderson, Nevada 89123
7   100 North City Parkway, Suite 1750             (702) 880-5554
    Las Vegas, Nevada 89106                        dkrieger@hainesandkrieger.com

    *Attorneys for Defendant*                      *Attorneys for Plaintiff*
    *Discover Bank*

12                                                 **ORDER**

                                                   IT IS SO ORDERED:

                                                   _____
                                                   UNITED STATES MAGISTRATE JUDGE

                                                   DATED:  February 19, 2016

BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
702.471.7000 FAX 702.471.7070