**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ROBIN WARENSKI, | Case No. 2:15-cv-02309-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| DISCOVER BANK, *et al.*, | |
| Defendants. | |

In light of the notice of settlement (Dkt. #29),

IT IS ORDERED that all pending dates, deadlines, and filing requirements are vacated as to defendant Bank of America, N.A.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss as to defendant Bank of America, N.A. on or before June 7, 2016.

DATED this 8th day of April, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE