**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ROBIN W. WARENSKI,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER BANK, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-02309-APG-CWH<br><br>**ORDER**<br><br>(ECF No. 34) |

The joint motion to dismiss defendant Bank of America, N.A. **(ECF No. 34) is GRANTED**. Because there are no other defendants remaining in this case, the clerk of the court is directed to close this file.

DATED this 10th day of June, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE